IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02514-PSF-BNB

STANFORD E. ANDRESS,

    Plaintiff,

v.

WELLS FARGO BANK; and
KEY BANK OF COLORADO,

    Defendants.

## ORDER

By Order of this Court dated December 15, 2005 (Dkt. # 2), Plaintiff Stanford E. Andress was instructed to show cause by Tuesday, December 27, 2005 why this case should not be dismissed for failure to allege federal court jurisdiction. The Order further stated that plaintiff's failure to respond timely to this order or his providing an inadequate response will result in dismissal of this action.

As of December 30, 2005, no response has been filed. However, on December 23, 2005, the Order to Show Cause was returned as undeliverable for failure of the plaintiff to provide a zip code (Dkt. # 3). Although Mr. Andress indicated in his Complaint that he lived at the Denver residence at issue in his suit, and the Civil Cover Sheet (Dkt. # 1-1) indicates plaintiff's county of residence as Denver, Colorado, the Order was sent to a Littleton, Colorado address.

The Clerk of this Court is hereby ORDERED to mail forthwith the Order to Show Cause (Dkt. # 2) to Mr. Stanford E. Andress at 3741 S. Eaton Street, Denver, Colorado, 80235, the location of the property at issue where plaintiff claims to reside. It is FURTHER ORDERED that plaintiff shall have until **Friday, January 13, 2006** to respond to the Order to Show Cause.

DATED: December 30, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge